CO-901A
Rev. 4/10

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MARIA SERRANO
_____

Plaintiff(s)

vs

CHICKEN-OUT INC., and CHICKEN OUT THE DOOR INC.
_____

Defendant(s)

CIVIL ACTION NO. 1:15-cv-276-KBJ

### WRIT OF ATTACHMENT ON JUDGMENT
### OTHER THAN WAGES, SALARY AND COMMISSIONS

To Bank of America (1015 15th St. NW, Suite 100, Washington, DC 20050)

(for account holder Chicken Out the Door Inc.)
_____ Garnishee:

You are hereby notified that any money, property or credits other than wages, salary and commissions of the above named defendant(s), are seized by the Writ of Attachment, and you are required to hold it and not to pay or surrender it to the defendant(s) or to anyone else without an order from this court.

The Judgement against the defendant was entered on July 22, 2016 _____ in the amount of five thousand, six hundred twenty eight dollars ($ 5,628.00 ) and the costs amounting to $ $2,483.80 _____ with interest at _____ % from July 22, 2016 _____ less credits of $ 0 _____ .

Within ten (10) days after this writ is served upon you, you are required to answer the interrogatories, **UNDER PENALTY OF PERJURY**, and to file in this Court the original and one copy of the answers, and to serve a copy, by mail or other means, upon the plaintiff(s) and upon the defendant(s). If you fail to do so, judgment may be entered against you for the <u>entire amount of the plaintiff's claims with interest and costs.</u>

Witness the Honorable Chief Judge of said Court, this ___14th___ day of ___February___, _2017___ .

Angela D. Caesar, Clerk

By _____
Deputy Clerk

Jamie L. Crook
_____
Attorney for Plaintiff
Relman, Dane & Colfax PLLC
_____

1225 19th Street NW, Suite 600
_____

Washington, DC 20036; 202-728-1888
_____
Address & Telephone Number

**INTERROGATORIES IN ATTACHMENT**

**NOTICE**

As a garnishee, you are required by law to file answers to the following Interrogatories in Attachment1 within ten (10) days after service of the writ upon you [Title 16, Section 521 (a), D.C. Code 1981 ed.]. If you fail to answer the Interrogatories, judgment may be entered against you for the entire amount of the plaintiff's claim and costs [Title 16, Section 526(b). D.C. Code 1981 ed.].

The garnishee is required to file the original and one copy of the answers in this Court, and to serve a copy upon the plaintiff(s) and defendant(s).

If, within ten (10) days after service of the answers, the party at whose request the Attachment was issued does not contest the answers pursuant to Title 15, Section 522. D.C. Code (1981 ed.), the garnishee's obligations under the attachment shall be limited by the answers.

1.      Were you at the time of the service of the writ of attachment, or have you been between the time of such service and the filing of your answers to this interrogatory indebted to the defendant(s), and, if so, how, and in what amount?

ANSWER _____

_____

_____

_____

_____

2.      Had you at the time of the service of the writ of attachment, or have you had between the time of such service and the filing of your answer to this interrogatory, any goods, chattels, or credits of the defendant(s) in you possession or charge, and, if so, what?

ANSWER _____

_____

_____

_____

_____

I declare under the penalties of perjury that the answers to the above interrogatories are, to the best of my knowledge and belief, true and correct as to every material matter.

Date: _____        _____

Garnishee

CO-901A
Rev. 4/10

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MARIA SERRANO

CHICKEN-OUT INC., and CHICKEN OUT THE DOOR INC.
_____

Plaintiff(s)                                    VS                    Defendant(s)

CIVIL ACTION NO. 1:15-cv-276-KBJ
WRIT OF ATTACHMENT ON JUDGMENT
OTHER THAN WAGES, SALARY AND COMMISSIONS

To Bank of America (1015 15th St. NW, Suite 100, Washington, DC 20050)

(for account holder Chicken-Out Inc.)                                    Garnishee:

You are hereby notified that any money, property or credits other than wages, salary and commissions of the above named defendant(s), are seized by the Writ of Attachment, and you are required to hold it and not to pay or surrender it to the defendant(s) or to anyone else without an order from this court.

The Judgement against the defendant was entered on July 22, 2016 in the amount of five thousand, six hundred twenty eight dollars ($ 5,628.00 ) and the costs amounting to $ $2,483.80 with interest at _____ % from July 22, 2016 less credits of $ 0 .

Within ten (10) days after this writ is served upon you, you are required to answer the interrogatories, **UNDER PENALTY OF PERJURY**, and to file in this Court the original and one copy of the answers, and to serve a copy, by mail or other means, upon the plaintiff(s) and upon the defendant(s). If you fail to do so, judgment may be entered against you for the <u>entire amount of the plaintiff's claims with interest and costs.</u>

Witness the Honorable Chief Judge of said Court, this 14th day of February, 2017.

Angela D. Caesar, Clerk

By _____
Deputy Clerk

Jamie L. Crook
_____
Attorney for Plaintiff
Relman, Dane & Colfax PLLC
_____

1225 19th Street NW, Suite 600
_____

Washington, DC 20036; 202-728-1888
_____
Address & Telephone Number

**INTERROGATORIES IN ATTACHMENT**

**NOTICE**

As a garnishee, you are required by law to file answers to the following Interrogatories in Attachment1 within ten (10) days after service of the writ upon you [Title 16, Section 521 (a), D.C. Code 1981 ed.]. If you fail to answer the Interrogatories, judgment may be entered against you for the entire amount of the plaintiff's claim and costs [Title 16, Section 526(b). D.C. Code 1981 ed.].

The garnishee is required to file the original and one copy of the answers in this Court, and to serve a copy upon the plaintiff(s) and defendant(s).

If, within ten (10) days after service of the answers, the party at whose request the Attachment was issued does not contest the answers pursuant to Title 15, Section 522, D.C. Code (1981 ed.), the garnishee's obligations under the attachment shall be limited by the answers.

1.     Were you at the time of the service of the writ of attachment, or have you been between the time of such service and the filing of your answers to this interrogatory indebted to the defendant(s), and, if so, how, and in what amount?

ANSWER _____

_____

_____

_____

2.     Had you at the time of the service of the writ of attachment, or have you had between the time of such service and the filing of your answer to this interrogatory, any goods, chattels, or credits of the defendant(s) in you possession or charge, and, if so, what?

ANSWER _____

_____

_____

_____

_____

I declare under the penalties of perjury that the answers to the above interrogatories are, to the best of my knowledge and belief, true and correct as to every material matter.

Date: _____          _____

                                                                    Garnishee

CO-901A
Rev. 4/10

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MARIA SERRANO
_____
Plaintiff(s)

vs

CHICKEN-OUT INC., and CHICKEN OUT THE DOOR INC.
_____
Defendant(s)

CIVIL ACTION NO. 1:15-cv-276-KBJ
WRIT OF ATTACHMENT ON JUDGMENT
OTHER THAN WAGES, SALARY AND COMMISSIONS

To Capital One Bank (1090 Vermont Ave. NW, Washington, DC 20050)
_____

(for account holder Chicken Out the Door Inc.)
_____ Garnishee:

You are hereby notified that any money, property or credits other than wages, salary and commissions of the above named defendant(s), are seized by the Writ of Attachment, and you are required to hold it and not to pay or surrender it to the defendant(s) or to anyone else without an order from this court.

The Judgement against the defendant was entered on July 22, 2016 _____ in the amount of

five thousand, six hundred twenty eight dollars ($ 5,628.00 ) and the costs amounting to $

$2,483.80 _____ with interest at _____ % from

July 22, 2016 _____ less credits of $ 0 _____.

Within ten (10) days after this writ is served upon you, you are required to answer the interrogatories, **UNDER PENALTY OF PERJURY**, and to file in this Court the original and one copy of the answers, and to serve a copy, by mail or other means, upon the plaintiff(s) and upon the defendant(s). If you fail to do so, judgment may be entered against you for the entire amount of the plaintiff's claims with interest and costs.

Witness the Honorable Chief Judge of said Court, this _14th_ day of _February_, _2017_.

Angela D. Caesar, Clerk

By _____
Deputy Clerk

Jamie L. Crook
_____
Attorney for Plaintiff
Relman, Dane & Colfax PLLC

1225 19th Street NW, Suite 600
_____

Washington, DC 20036; 202-728-1888
_____
Address & Telephone Number

**INTERROGATORIES IN ATTACHMENT**

**NOTICE**

As a garnishee, you are required by law to file answers to the following Interrogatories in Attachment1 within ten (10) days after service of the writ upon you [Title 16. Section 521 (a), D.C. Code 1981 ed.]. If you fail to answer the Interrogatories, judgment may be entered against you for the entire amount of the plaintiff's claim and costs [Title 16. Section 526(b). D.C. Code 1981 ed.].

The garnishee is required to file the original and one copy of the answers in this Court, and to serve a copy upon the plaintiff(s) and defendant(s).

If, within ten (10) days after service of the answers, the party at whose request the Attachment was issued does not contest the answers pursuant to Title 15, Section 522. D.C. Code (1981 ed.), the garnishee's obligations under the attachment shall be limited by the answers.

1.      Were you at the time of the service of the writ of attachment, or have you been between the time of such service and the filing of your answers to this interrogatory indebted to the defendant(s), and, if so, how, and in what amount?
         ANSWER _____

_____

_____

_____

2.      Had you at the time of the service of the writ of attachment, or have you had between the time of such service and the filing of your answer to this interrogatory, any goods, chattels, or credits of the defendant(s) in you possession or charge, and, if so, what?
         ANSWER _____

_____

_____

_____

_____

I declare under the penalties of perjury that the answers to the above interrogatories are, to the best of my knowledge and belief, true and correct as to every material matter.

Date: _____          _____

                                                                          Garnishee

CO-901A
Rev. 4/10

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MARIA SERRANO
_____
Plaintiff(s)

vs

CHICKEN-OUT INC., and CHICKEN OUT THE DOOR INC.
_____
Defendant(s)

CIVIL ACTION NO. 1:15-cv-276-KBJ
WRIT OF ATTACHMENT ON JUDGMENT
OTHER THAN WAGES, SALARY AND COMMISSIONS

To  Capital One Bank (1090 Vermont Ave. NW, Washington, DC 20050)
_____

(for account holder Chicken-Out, Inc.)
_____  Garnishee:

You are hereby notified that any money, property or credits other than wages, salary and commissions of the above named defendant(s), are seized by the Writ of Attachment, and you are required to hold it and not to pay or surrender it to the defendant(s) or to anyone else without an order from this court.

The Judgement against the defendant was entered on July 22, 2016 _____ in the amount of five thousand, six hundred twenty eight dollars   ($ 5,628.00 ) and the costs amounting to $ $2,483.80 _____ with interest at _____ % from July 22, 2016 _____ less credits of $ 0 _____.

Within ten (10) days after this writ is served upon you, you are required to answer the interrogatories, **UNDER PENALTY OF PERJURY**, and to file in this Court the original and one copy of the answers, and to serve a copy, by mail or other means, upon the plaintiff(s) and upon the defendant(s). If you fail to do so, judgment may be entered against you for the entire amount of the plaintiff's claims with interest and costs.

Witness the Honorable Chief Judge of said Court, this   14th   day of   February ,
2017 .

Angela D. Caesar, Clerk

By _____
Deputy Clerk

Jamie L. Crook
_____
Attorney for Plaintiff
Relman, Dane & Colfax PLLC

1225 19th Street NW, Suite 600
_____

Washington, DC 20036; 202-728-1888
_____
Address & Telephone Number

**INTERROGATORIES IN ATTACHMENT**

<u>NOTICE</u>

As a garnishee, you are required by law to file answers to the following Interrogatories in Attachment1 within ten (10) days after service of the writ upon you [Title 16, Section 521 (a), D.C. Code 1981 ed.]. If you fail to answer the Interrogatories, judgment may be entered against you for the entire amount of the plaintiff's claim and costs [Title 16, Section 526(b), D.C. Code 1981 ed.].

　　　　The garnishee is required to file the original and one copy of the answers in this Court, and to serve a copy upon the plaintiff(s) and defendant(s).

　　　　If, within ten (10) days after service of the answers, the party at whose request the Attachment was issued does not contest the answers pursuant to Title 15, Section 522, D.C. Code (1981 ed.), the garnishee's obligations under the attachment shall be limited by the answers.

1.　　　Were you at the time of the service of the writ of attachment, or have you been between the time of such service and the filing of your answers to this interrogatory indebted to the defendant(s), and, if so, how, and in what amount?

　　　　ANSWER _____

　　_____

　　_____

　　_____

　　_____

2.　　　Had you at the time of the service of the writ of attachment, or have you had between the time of such service and the filing of your answer to this interrogatory, any goods, chattels, or credits of the defendant(s) in you possession or charge, and, if so, what?

　　　　ANSWER _____

　　_____

　　_____

　　_____

　　_____

　　　　I declare under the penalties of perjury that the answers to the above interrogatories are, to the best of my knowledge and belief, true and correct as to every material matter.

Date: _____　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Garnishee

CO-901A
Rev. 4/10

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MARIA SERRANO

_____
Plaintiff(s)

vs

CHICKEN-OUT INC., and CHICKEN OUT THE DOOR INC.

_____
Defendant(s)

CIVIL ACTION NO. 1:15-cv-276-KBJ

WRIT OF ATTACHMENT ON JUDGMENT
OTHER THAN WAGES, SALARY AND COMMISSIONS

To Citibank (1015 15th St., NW, Suite 1000, Washington, DC 20005)

(for account holder Chicken Out the Door Inc.)                    Garnishee:

You are hereby notified that any money, property or credits other than wages, salary and commissions of the above named defendant(s), are seized by the Writ of Attachment, and you are required to hold it and not to pay or surrender it to the defendant(s) or to anyone else without an order from this court.

The Judgement against the defendant was entered on July 22, 2016 _____ in the amount of five thousand, six hundred twenty eight dollars (\$ 5,628.00 ) and the costs amounting to \$ $2,483.80 _____ with interest at _____ % from July 22, 2016 _____ less credits of \$ 0 _____.

Within ten (10) days after this writ is served upon you, you are required to answer the interrogatories, **UNDER PENALTY OF PERJURY**, and to file in this Court the original and one copy of the answers, and to serve a copy, by mail or other means, upon the plaintiff(s) and upon the defendant(s). If you fail to do so, judgment may be entered against you for the entire amount of the plaintiff's claims with interest and costs.

Witness the Honorable Chief Judge of said Court, this _14th_ day of _February_, _2017_.

Angela D. Caesar, Clerk

By _____
Deputy Clerk

Jamie L. Crook
_____
Attorney for Plaintiff
Relman, Dane & Colfax PLLC

1225 19th Street NW, Suite 600
_____

Washington, DC 20036; 202-728-1888
_____
Address & Telephone Number

**INTERROGATORIES IN ATTACHMENT**

<u>NOTICE</u>

As a garnishee, you are required by law to file answers to the following Interrogatories in Attachment1 within ten (10) days after service of the writ upon you <u>[Title 16. Section 521</u> <u>(a), D.C. Code 1981 ed.]</u>. If you fail to answer the Interrogatories, judgment may be entered against you for the entire amount of the plaintiff's claim and costs <u>[Title 16,</u> <u>Section 526(b), D.C. Code 1981 ed.]</u>.

The garnishee is required to file the original and one copy of the answers in this Court, and to serve a copy upon the plaintiff(s) and defendant(s).

If, within ten (10) days after service of the answers, the party at whose request the Attachment was issued does not contest the answers pursuant to <u>Title 15, Section 522. D.C. Code</u> (1981 ed.), the garnishee's obligations under the attachment shall be limited by the answers.

1.      Were you at the time of the service of the writ of attachment, or have you been between the time of such service and the filing of your answers to this interrogatory indebted to the defendant(s), and, if so, how, and in what amount?
        ANSWER _____

_____

_____

_____

_____

2.      Had you at the time of the service of the writ of attachment, or have you had between the time of such service and the filing of your answer to this interrogatory, any goods, chattels, or credits of the defendant(s) in you possession or charge, and, if so, what?
        ANSWER _____

_____

_____

_____

_____

I declare under the penalties of perjury that the answers to the above interrogatories are, to the best of my knowledge and belief, true and correct as to every material matter.

Date: _____          _____

                                                                 Garnishee

CO-901A
Rev. 4/10

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MARIA SERRANO                                    CHICKEN-OUT INC., and CHICKEN OUT THE DOOR INC.
_____                            _____
Plaintiff(s)                    vs                    Defendant(s)

CIVIL ACTION NO. _1:15-cv-276-KBJ_
WRIT OF ATTACHMENT ON JUDGMENT
OTHER THAN WAGES, SALARY AND COMMISSIONS

To Citibank (1015 15th St. NW, Suite 100, Washington, DC 20005)
_____

(for account holder Chicken-Out, Inc.)
_____  Garnishee:

        You are hereby notified that any money, property or credits other than wages, salary and commissions of
the above named defendant(s), are seized by the Writ of Attachment, and you are required to hold it and not to pay
or surrender it to the defendant(s) or to anyone else without an order from this court.
        The Judgement against the defendant was entered on _July 22, 2016_____ in the amount of
five thousand, six hundred twenty eight dollars (_$ 5,628.00_____) and the costs amounting to $
$2,483.80 _____ with interest at _____ % from
July 22, 2016 _____ less credits of $ _0_____.

        Within ten (10) days after this writ is served upon you, you are required to answer the interrogatories,
**UNDER PENALTY OF PERJURY,** and to file in this Court the original and one copy of the answers, and to serve a
copy, by mail or other means, upon the plaintiff(s) and upon the defendant(s). If you fail to do so, judgment may be
entered against you for the <u>entire amount of the plaintiff's claims with interest and costs.</u>
        Witness the Honorable Chief Judge of said Court, this _14th_____ day of _February_____,
_2017_____.

                                        Angela D. Caesar, Clerk

                                        By _____
                                                Deputy Clerk

Jamie L. Crook
_____
Attorney for Plaintiff
Relman, Dane & Colfax PLLC

1225 19th Street NW, Suite 600
_____

Washington, DC 20036; 202-728-1888
_____
Address & Telephone Number

**INTERROGATORIES IN ATTACHMENT**

**NOTICE**

As a garnishee, you are required by law to file answers to the following Interrogatories in Attachment1 within ten (10) days after service of the writ upon you [Title 16, Section 521 (a), D.C. Code 1981 ed.]. If you fail to answer the Interrogatories, judgment may be entered against you for the entire amount of the plaintiff's claim and costs [Title 16, Section 526(b), D.C. Code 1981 ed.].

The garnishee is required to file the original and one copy of the answers in this Court, and to serve a copy upon the plaintiff(s) and defendant(s).

If, within ten (10) days after service of the answers, the party at whose request the Attachment was issued does not contest the answers pursuant to Title 15, Section 522, D.C. Code (1981 ed.), the garnishee's obligations under the attachment shall be limited by the answers.

1.      Were you at the time of the service of the writ of attachment, or have you been between the time of such service and the filing of your answers to this interrogatory indebted to the defendant(s), and, if so, how, and in what amount?
        ANSWER _____

_____

_____

_____

2.      Had you at the time of the service of the writ of attachment, or have you had between the time of such service and the filing of your answer to this interrogatory, any goods, chattels, or credits of the defendant(s) in you possession or charge, and, if so, what?
        ANSWER _____

_____

_____

_____

I declare under the penalties of perjury that the answers to the above interrogatories are, to the best of my knowledge and belief, true and correct as to every material matter.


Date: _____          _____
                                                             Garnishee

CO-901A
Rev. 4/10

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MARIA SERRANO

_____

Plaintiff(s)

vs

CHICKEN-OUT INC., and CHICKEN OUT THE DOOR INC.

_____

Defendant(s)

CIVIL ACTION NO. 1:15-cv-276-KBJ
WRIT OF ATTACHMENT ON JUDGMENT
OTHER THAN WAGES, SALARY AND COMMISSIONS

To Eagle Bank (1015 15th St., NW, Suite 1000, Washington, DC 20005)

(for account holder Chicken Out the Door Inc.)                                    Garnishee:

    You are hereby notified that any money, property or credits other than wages, salary and commissions of the above named defendant(s), are seized by the Writ of Attachment, and you are required to hold it and not to pay or surrender it to the defendant(s) or to anyone else without an order from this court.

    The Judgement against the defendant was entered on July 22, 2016 _____ in the amount of
five thousand, six hundred twenty eight dollars ($ 5,628.00 ) and the costs amounting to $
$2,483.80 with interest at _____ % from
July 22, 2016 less credits of $ 0 _____.

    Within ten (10) days after this writ is served upon you, you are required to answer the interrogatories, **UNDER PENALTY OF PERJURY,** and to file in this Court the original and one copy of the answers, and to serve a copy, by mail or other means, upon the plaintiff(s) and upon the defendant(s). If you fail to do so, judgment may be entered against you for the entire amount of the plaintiff's claims with interest and costs.

    Witness the Honorable Chief Judge of said Court, this _14th_ day of _February_,
_2017_ .

Angela D. Caesar, Clerk

By _____
Deputy Clerk

Jamie L. Crook
_____
Attorney for Plaintiff
Relman, Dane & Colfax PLLC

1225 19th Street NW, Suite 600
_____

Washington, DC 20036; 202-728-1888
_____
Address & Telephone Number

### INTERROGATORIES IN ATTACHMENT

### <u>NOTICE</u>

As a garnishee, you are required by law to file answers to the following Interrogatories in Attachment1 within ten (10) days after service of the writ upon you [Title 16, Section 521 (a), D.C. Code 1981 ed.]. If you fail to answer the Interrogatories, judgment may be entered against you for the entire amount of the plaintiff's claim and costs [Title 16, Section 526(b), D.C. Code 1981 ed.].

The garnishee is required to file the original and one copy of the answers in this Court, and to serve a copy upon the plaintiff(s) and defendant(s).

If, within ten (10) days after service of the answers, the party at whose request the Attachment was issued does not contest the answers pursuant to Title 15, Section 522, D.C. Code (1981 ed.), the garnishee's obligations under the attachment shall be limited by the answers.

1.    Were you at the time of the service of the writ of attachment, or have you been between the time of such service and the filing of your answers to this interrogatory indebted to the defendant(s), and, if so, how, and in what amount?
ANSWER _____

_____

_____

_____

_____

2.    Had you at the time of the service of the writ of attachment, or have you had between the time of such service and the filing of your answer to this interrogatory, any goods, chattels, or credits of the defendant(s) in you possession or charge, and, if so, what?
ANSWER _____

_____

_____

_____

_____

I declare under the penalties of perjury that the answers to the above interrogatories are, to the best of my knowledge and belief, true and correct as to every material matter.


Date: _____          _____

                                                                    Garnishee

CO-901A
Rev. 4/10

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MARIA SERRANO

CHICKEN-OUT INC., and CHICKEN OUT THE DOOR INC.

Plaintiff(s)                    vs                    Defendant(s)

CIVIL ACTION NO. 1:15-cv-276-KBJ

WRIT OF ATTACHMENT ON JUDGMENT
OTHER THAN WAGES, SALARY AND COMMISSIONS

To Eagle Bank (1015 15th St. NW, Suite 1000, Washington, DC 20005)

(for account holder Chicken-Out, Inc.)
                                                              Garnishee:

You are hereby notified that any money, property or credits other than wages, salary and commissions of the above named defendant(s), are seized by the Writ of Attachment, and you are required to hold it and not to pay or surrender it to the defendant(s) or to anyone else without an order from this court.

The Judgement against the defendant was entered on July 22, 2016 in the amount of five thousand, six hundred twenty eight dollars ($ 5,628.00 ) and the costs amounting to $ $2,483.80 with interest at _____ % from July 22, 2016 less credits of $ 0 .

Within ten (10) days after this writ is served upon you, you are required to answer the interrogatories, **UNDER PENALTY OF PERJURY**, and to file in this Court the original and one copy of the answers, and to serve a copy, by mail or other means, upon the plaintiff(s) and upon the defendant(s). If you fail to do so, judgment may be entered against you for the entire amount of the plaintiff's claims with interest and costs.

Witness the Honorable Chief Judge of said Court, this _14th_ day of _February_, _2017_ .

Angela D. Caesar, Clerk

By _____
        Deputy Clerk

Jamie L. Crook

Attorney for Plaintiff
Relman, Dane & Colfax PLLC

1225 19th Street NW, Suite 600

Washington, DC 20036; 202-728-1888

Address & Telephone Number

**INTERROGATORIES IN ATTACHMENT**

**NOTICE**

As a garnishee, you are required by law to file answers to the following Interrogatories in Attachment1 within ten (10) days after service of the writ upon you [Title 16, Section 521 (a), D.C. Code 1981 ed.]. If you fail to answer the Interrogatories, judgment may be entered against you for the entire amount of the plaintiff's claim and costs [Title 16, Section 526(b), D.C. Code 1981 ed.].

      The garnishee is required to file the original and one copy of the answers in this Court, and to serve a copy upon the plaintiff(s) and defendant(s).

      If, within ten (10) days after service of the answers, the party at whose request the Attachment was issued does not contest the answers pursuant to Title 15, Section 522, D.C. Code (1981 ed.), the garnishee's obligations under the attachment shall be limited by the answers.

1.      Were you at the time of the service of the writ of attachment, or have you been between the time of such service and the filing of your answers to this interrogatory indebted to the defendant(s), and, if so, how, and in what amount?

      ANSWER _____

_____

_____

_____

2.      Had you at the time of the service of the writ of attachment, or have you had between the time of such service and the filing of your answer to this interrogatory, any goods, chattels, or credits of the defendant(s) in you possession or charge, and, if so, what?

      ANSWER _____

_____

_____

_____

_____

      I declare under the penalties of perjury that the answers to the above interrogatories are, to the best of my knowledge and belief, true and correct as to every material matter.

Date: _____        _____

                                                Garnishee

CO-901A
Rev. 4/10

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MARIA SERRANO
_____
Plaintiff(s)

vs

CHICKEN-OUT INC., and CHICKEN OUT THE DOOR INC.
_____
Defendant(s)

CIVIL ACTION NO. 1:15-cv-276-KBJ
WRIT OF ATTACHMENT ON JUDGMENT
OTHER THAN WAGES, SALARY AND COMMISSIONS

To HSBC Bank (1015 15th St., NW, Suite 1000, Washington, DC 20005)

(for account holder Chicken Out the Door Inc.) _____ Garnishee:

You are hereby notified that any money, property or credits other than wages, salary and commissions of the above named defendant(s), are seized by the Writ of Attachment, and you are required to hold it and not to pay or surrender it to the defendant(s) or to anyone else without an order from this court.

The Judgement against the defendant was entered on July 22, 2016 _____ in the amount of five thousand, six hundred twenty eight dollars ($ 5,628.00 ) and the costs amounting to $ $2,483.80 _____ with interest at _____ % from July 22, 2016 _____ less credits of $ 0 _____.

Within ten (10) days after this writ is served upon you, you are required to answer the interrogatories, **UNDER PENALTY OF PERJURY**, and to file in this Court the original and one copy of the answers, and to serve a copy, by mail or other means, upon the plaintiff(s) and upon the defendant(s). If you fail to do so, judgment may be entered against you for the entire amount of the plaintiff's claims with interest and costs.

Witness the Honorable Chief Judge of said Court, this 14th day of February 2017.

Angela D. Caesar, Clerk

By _____
Deputy Clerk

Jamie L. Crook
_____
Attorney for Plaintiff
Relman, Dane & Colfax PLLC

1225 19th Street NW, Suite 600
_____

Washington, DC 20036; 202-728-1888
_____
Address & Telephone Number

**INTERROGATORIES IN ATTACHMENT**

**NOTICE**

As a garnishee, you are required by law to file answers to the following Interrogatories in Attachment1 within ten (10) days after service of the writ upon you [Title 16. Section 521 (a), D.C. Code 1981 ed.]. If you fail to answer the Interrogatories, judgment may be entered against you for the entire amount of the plaintiff's claim and costs [Title 16. Section 526(b). D.C. Code 1981 ed.].

The garnishee is required to file the original and one copy of the answers in this Court, and to serve a copy upon the plaintiff(s) and defendant(s).

If, within ten (10) days after service of the answers, the party at whose request the Attachment was issued does not contest the answers pursuant to Title 15, Section 522. D.C. Code (1981 ed.), the garnishee's obligations under the attachment shall be limited by the answers.

1.    Were you at the time of the service of the writ of attachment, or have you been between the time of such service and the filing of your answers to this interrogatory indebted to the defendant(s), and, if so, how, and in what amount?
ANSWER _____

_____

_____

_____

_____

2.    Had you at the time of the service of the writ of attachment, or have you had between the time of such service and the filing of your answer to this interrogatory, any goods, chattels, or credits of the defendant(s) in you possession or charge, and, if so, what?
ANSWER _____

_____

_____

_____

_____

I declare under the penalties of perjury that the answers to the above interrogatories are, to the best of my knowledge and belief, true and correct as to every material matter.

Date: _____          _____

                                                                            Garnishee

CO-901A
Rev. 4/10

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MARIA SERRANO                                           CHICKEN-OUT INC., and CHICKEN OUT THE DOOR INC.
_____                                        _____
Plaintiff(s)                          vs              Defendant(s)

CIVIL ACTION NO. 1:15-cv-276-KBJ
WRIT OF ATTACHMENT ON JUDGMENT
OTHER THAN WAGES, SALARY AND COMMISSIONS

To HSBC Bank (1015 15th St. NW, Suite 1000, Washington, DC 20005)

(for account holder Chicken-Out, Inc.)                                  Garnishee:

    You are hereby notified that any money, property or credits other than wages, salary and commissions of
the above named defendant(s), are seized by the Writ of Attachment, and you are required to hold it and not to pay
or surrender it to the defendant(s) or to anyone else without an order from this court.
    The Judgement against the defendant was entered on July 22, 2016_____ in the amount of
five thousand, six hundred twenty eight dollars ($ 5,628.00_____) and the costs amounting to $
$2,483.80_____ with interest at _____ % from
July 22, 2016_____ less credits of $ 0_____ .
    Within ten (10) days after this writ is served upon you, you are required to answer the interrogatories,
**UNDER PENALTY OF PERJURY**, and to file in this Court the original and one copy of the answers, and to serve a
copy, by mail or other means, upon the plaintiff(s) and upon the defendant(s). If you fail to do so, judgment may be
entered against you for the entire amount of the plaintiff's claims with interest and costs.
    Witness the Honorable Chief Judge of said Court, this ____14th____ day of _Februrary_,
2017_ .

                                    Angela D. Caesar, Clerk

                                    By _____
                                         Deputy Clerk

Jamie L. Crook
_____
Attorney for Plaintiff
Relman, Dane & Colfax PLLC
_____
1225 19th Street NW, Suite 600
_____
Washington, DC 20036; 202-728-1888
_____
Address & Telephone Number

**INTERROGATORIES IN ATTACHMENT**

**NOTICE**

As a garnishee, you are required by law to file answers to the following Interrogatories in Attachment1 within ten (10) days after service of the writ upon you [Title 16, Section 521 (a), D.C. Code 1981 ed.]. If you fail to answer the Interrogatories, judgment may be entered against you for the entire amount of the plaintiff's claim and costs [Title 16, Section 526(b), D.C. Code 1981 ed.].

The garnishee is required to file the original and one copy of the answers in this Court, and to serve a copy upon the plaintiff(s) and defendant(s).

If, within ten (10) days after service of the answers, the party at whose request the Attachment was issued does not contest the answers pursuant to Title 15, Section 522, D.C. Code (1981 ed.), the garnishee's obligations under the attachment shall be limited by the answers.

1.      Were you at the time of the service of the writ of attachment, or have you been between the time of such service and the filing of your answers to this interrogatory indebted to the defendant(s), and, if so, how, and in what amount?
        ANSWER _____

_____

_____

_____

2.      Had you at the time of the service of the writ of attachment, or have you had between the time of such service and the filing of your answer to this interrogatory, any goods, chattels, or credits of the defendant(s) in you possession or charge, and, if so, what?
        ANSWER _____

_____

_____

_____

I declare under the penalties of perjury that the answers to the above interrogatories are, to the best of my knowledge and belief, true and correct as to every material matter.

Date: _____          _____

                                                                                Garnishee

CO-901A
Rev. 4/10

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

MARIA SERRANO

Plaintiff(s)                              vs          CHICKEN-OUT INC., and CHICKEN OUT THE DOOR INC.

Defendant(s)

CIVIL ACTION NO. 1:15-cv-276-KBJ

## WRIT OF ATTACHMENT ON JUDGMENT
## OTHER THAN WAGES, SALARY AND COMMISSIONS

To JP Morgan Chase Bank (1015 15th St., NW, Suite 1000, Washington, DC 20005)

(for account holder Chicken Out the Door Inc.)                    Garnishee:

     You are hereby notified that any money, property or credits other than wages, salary and commissions of the above named defendant(s), are seized by the Writ of Attachment, and you are required to hold it and not to pay or surrender it to the defendant(s) or to anyone else without an order from this court.

     The Judgement against the defendant was entered on July 22, 2016 _____ in the amount of five thousand, six hundred twenty eight dollars ($ 5,628.00 ) and the costs amounting to $ $2,483.80 _____ with interest at _____ % from July 22, 2016 _____ less credits of $ 0 _____ .

     Within ten (10) days after this writ is served upon you, you are required to answer the interrogatories, **UNDER PENALTY OF PERJURY**, and to file in this Court the original and one copy of the answers, and to serve a copy, by mail or other means, upon the plaintiff(s) and upon the defendant(s). If you fail to do so, judgment may be entered against you for the entire amount of the plaintiff's claims with interest and costs.

     Witness the Honorable Chief Judge of said Court, this 14th day of February, 2017.

Angela D. Caesar, Clerk

By _____
Deputy Clerk

Jamie L. Crook

Attorney for Plaintiff
Relman, Dane & Colfax PLLC

1225 19th Street NW, Suite 600

Washington, DC 20036; 202-728-1888

Address & Telephone Number

**INTERROGATORIES IN ATTACHMENT**

<u>NOTICE</u>

As a garnishee, you are required by law to file answers to the following Interrogatories in Attachment1 within ten (10) days after service of the writ upon you [Title 16. Section 521 (a). D.C. Code 1981 ed.]. If you fail to answer the Interrogatories, judgment may be entered against you for the entire amount of the plaintiff's claim and costs [Title 16. Section 526(b). D.C. Code 1981 ed.].

      The garnishee is required to file the original and one copy of the answers in this Court, and to serve a copy upon the plaintiff(s) and defendant(s).

      If, within ten (10) days after service of the answers, the party at whose request the Attachment was issued does not contest the answers pursuant to <u>Title 15, Section 522. D.C. Code</u> (1981 ed.), the garnishee's obligations under the attachment shall be limited by the answers.

1.      Were you at the time of the service of the writ of attachment, or have you been between the time of such service and the filing of your answers to this interrogatory indebted to the defendant(s), and, if so, how, and in what amount?

      ANSWER _____

_____

_____

_____

_____

2.      Had you at the time of the service of the writ of attachment, or have you had between the time of such service and the filing of your answer to this interrogatory, any goods, chattels, or credits of the defendant(s) in you possession or charge, and, if so, what?

      ANSWER _____

_____

_____

_____

_____

      I declare under the penalties of perjury that the answers to the above interrogatories are, to the best of my knowledge and belief, true and correct as to every material matter.

Date: _____           _____

                                                   Garnishee

CO-901A
Rev. 4/10

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

MARIA SERRANO

Plaintiff(s)

VS

CHICKEN-OUT INC., and CHICKEN OUT THE DOOR INC.

Defendant(s)

CIVIL ACTION NO. 1:15-cv-276-KBJ

## WRIT OF ATTACHMENT ON JUDGMENT
## OTHER THAN WAGES, SALARY AND COMMISSIONS

To JP Morgan Chase Bank (1015 15th St. NW, Suite 1000, Washington, DC 20005)

(for account holder Chicken-Out, Inc.)                                Garnishee:

     You are hereby notified that any money, property or credits other than wages, salary and commissions of the above named defendant(s), are seized by the Writ of Attachment, and you are required to hold it and not to pay or surrender it to the defendant(s) or to anyone else without an order from this court.

     The Judgement against the defendant was entered on July 22, 2016 in the amount of five thousand, six hundred twenty eight dollars ($ 5,628.00 ) and the costs amounting to $ $2,483.80 with interest at _____ % from July 22, 2016 less credits of $ 0 .

     Within ten (10) days after this writ is served upon you, you are required to answer the interrogatories, **UNDER PENALTY OF PERJURY,** and to file in this Court the original and one copy of the answers, and to serve a copy, by mail or other means, upon the plaintiff(s) and upon the defendant(s). If you fail to do so, judgment may be entered against you for the entire amount of the plaintiff's claims with interest and costs.

     Witness the Honorable Chief Judge of said Court, this 14th day of February, 2017

Angela D. Caesar, Clerk

By _____
Deputy Clerk

Jamie L. Crook

Attorney for Plaintiff
Relman, Dane & Colfax PLLC

1225 19th Street NW, Suite 600

Washington, DC 20036; 202-728-1888

Address & Telephone Number

**INTERROGATORIES IN ATTACHMENT**

**NOTICE**

As a garnishee, you are required by law to file answers to the following Interrogatories in Attachment1 within ten (10) days after service of the writ upon you [Title 16, Section 521 (a), D.C. Code 1981 ed.]. If you fail to answer the Interrogatories, judgment may be entered against you for the entire amount of the plaintiff's claim and costs [Title 16, Section 526(b), D.C. Code 1981 ed.].

The garnishee is required to file the original and one copy of the answers in this Court, and to serve a copy upon the plaintiff(s) and defendant(s).

If, within ten (10) days after service of the answers, the party at whose request the Attachment was issued does not contest the answers pursuant to Title 15, Section 522, D.C. Code (1981 ed.), the garnishee's obligations under the attachment shall be limited by the answers.

1.      Were you at the time of the service of the writ of attachment, or have you been between the time of such service and the filing of your answers to this interrogatory indebted to the defendant(s), and, if so, how, and in what amount?
         ANSWER _____

_____

_____

_____

_____

2.      Had you at the time of the service of the writ of attachment, or have you had between the time of such service and the filing of your answer to this interrogatory, any goods, chattels, or credits of the defendant(s) in you possession or charge, and, if so, what?
         ANSWER _____

_____

_____

_____

_____

I declare under the penalties of perjury that the answers to the above interrogatories are, to the best of my knowledge and belief, true and correct as to every material matter.

Date: _____          _____

                                                                            Garnishee

CO-901A
Rev. 4/10

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MARIA SERRANO                                   CHICKEN-OUT INC., and CHICKEN OUT THE DOOR INC.

Plaintiff(s)                 vs                 Defendant(s)

CIVIL ACTION NO. 1:15-cv-276-KBJ

WRIT OF ATTACHMENT ON JUDGMENT
OTHER THAN WAGES, SALARY AND COMMISSIONS

To  PNC Bank (1090 Vermont Ave. NW, Washington, DC 20050)

(for account holder Chicken Out the Door Inc.)                        Garnishee:

You are hereby notified that any money, property or credits other than wages, salary and commissions of the above named defendant(s), are seized by the Writ of Attachment, and you are required to hold it and not to pay or surrender it to the defendant(s) or to anyone else without an order from this court.

The Judgement against the defendant was entered on  July 22, 2016  in the amount of five thousand, six hundred twenty eight dollars  ($ 5,628.00  ) and the costs amounting to $ $2,483.80  with interest at _____ % from July 22, 2016  less credits of $ 0 .

Within ten (10) days after this writ is served upon you, you are required to answer the interrogatories, **UNDER PENALTY OF PERJURY,** and to file in this Court the original and one copy of the answers, and to serve a copy, by mail or other means, upon the plaintiff(s) and upon the defendant(s). If you fail to do so, judgment may be entered against you for the entire amount of the plaintiff's claims with interest and costs.

Witness the Honorable Chief Judge of said Court, this  14th  day of  February , 2017 .

Angela D. Caesar, Clerk

By _____
Deputy Clerk

Jamie L. Crook

Attorney for Plaintiff
Relman, Dane & Colfax PLLC

1225 19th Street NW, Suite 600

Washington, DC 20036; 202-728-1888

Address & Telephone Number

**INTERROGATORIES IN ATTACHMENT**

<u>**NOTICE**</u>

As a garnishee, you are required by law to file answers to the following Interrogatories in Attachment1 within ten (10) days after service of the writ upon you <u>[Title 16, Section 521 (a), D.C. Code 1981 ed.]</u>. If you fail to answer the Interrogatories, judgment may be entered against you for the entire amount of the plaintiff's claim and costs <u>[Title 16, Section 526(b), D.C. Code 1981 ed.]</u>.

  The garnishee is required to file the original and one copy of the answers in this Court, and to serve a copy upon the plaintiff(s) and defendant(s).

  If, within ten (10) days after service of the answers, the party at whose request the Attachment was issued does not contest the answers pursuant to <u>Title 15, Section 522, D.C. Code</u> (1981 ed.), the garnishee's obligations under the attachment shall be limited by the answers.

1. Were you at the time of the service of the writ of attachment, or have you been between the time of such service and the filing of your answers to this interrogatory indebted to the defendant(s), and, if so, how, and in what amount?

  <u>ANSWER</u> _____

_____

_____

_____

_____

2. Had you at the time of the service of the writ of attachment, or have you had between the time of such service and the filing of your answer to this interrogatory, any goods, chattels, or credits of the defendant(s) in you possession or charge, and, if so, what?

  <u>ANSWER</u> _____

_____

_____

_____

_____

  I declare under the penalties of perjury that the answers to the above interrogatories are, to the best of my knowledge and belief, true and correct as to every material matter.


Date: _____   _____

                       Garnishee

CO-901A
Rev. 4/10

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MARIA SERRANO

_____
Plaintiff(s)

vs

CHICKEN-OUT INC., and CHICKEN OUT THE DOOR INC.
_____
Defendant(s)

CIVIL ACTION NO. 1:15-cv-276-KBJ
WRIT OF ATTACHMENT ON JUDGMENT
OTHER THAN WAGES, SALARY AND COMMISSIONS

To  PNC Bank (1090 Vermont Ave. NW, Washington, DC 20050)
_____

(for account holder Chicken-Out, Inc.)
_____    Garnishee:

　　　　You are hereby notified that any money, property or credits other than wages, salary and commissions of the above named defendant(s), are seized by the Writ of Attachment, and you are required to hold it and not to pay or surrender it to the defendant(s) or to anyone else without an order from this court.
　　　　The Judgement against the defendant was entered on  July 22, 2016 _____ in the amount of
five thousand, six hundred twenty eight dollars   ($ 5,628.00 _____ ) and the costs amounting to $
$2,483.80 _____ with interest at _____ % from
July 22, 2016 _____ less credits of $ 0 _____.

　　　　Within ten (10) days after this writ is served upon you, you are required to answer the interrogatories, **UNDER PENALTY OF PERJURY**, and to file in this Court the original and one copy of the answers, and to serve a copy, by mail or other means, upon the plaintiff(s) and upon the defendant(s). If you fail to do so, judgment may be entered against you for the <u>entire amount of the plaintiff's claims with interest and costs.</u>
　　　　Witness the Honorable Chief Judge of said Court, this ____14th____ day of _February_,
_2017_____.

Angela D. Caesar, Clerk

By ___Rg not Je___
Deputy Clerk

Jamie L. Crook
_____
Attorney for Plaintiff
Relman, Dane & Colfax PLLC
_____

1225 19th Street NW, Suite 600
_____

Washington, DC 20036; 202-728-1888
_____
Address & Telephone Number

**INTERROGATORIES IN ATTACHMENT**

<u>NOTICE</u>

As a garnishee, you are required by law to file answers to the following Interrogatories in Attachment1 within ten (10) days after service of the writ upon you [Title 16. Section 521 (a), D.C. Code 1981 ed.]. If you fail to answer the Interrogatories, judgment may be entered against you for the entire amount of the plaintiff's claim and costs [Title 16, Section 526(b). D.C. Code 1981 ed.].

     The garnishee is required to file the original and one copy of the answers in this Court, and to serve a copy upon the plaintiff(s) and defendant(s).

     If, within ten (10) days after service of the answers, the party at whose request the Attachment was issued does not contest the answers pursuant to Title 15, Section 522. D.C. Code (1981 ed.), the garnishee's obligations under the attachment shall be limited by the answers.

1.     Were you at the time of the service of the writ of attachment, or have you been between the time of such service and the filing of your answers to this interrogatory indebted to the defendant(s), and, if so, how, and in what amount?

     ANSWER _____

_____

_____

_____

2.     Had you at the time of the service of the writ of attachment, or have you had between the time of such service and the filing of your answer to this interrogatory, any goods, chattels, or credits of the defendant(s) in you possession or charge, and, if so, what?

     ANSWER _____

_____

_____

_____

     I declare under the penalties of perjury that the answers to the above interrogatories are, to the best of my knowledge and belief, true and correct as to every material matter.


Date: _____     _____

                                                    Garnishee

CO-901A
Rev. 4/10

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

MARIA SERRANO

| CHICKEN-OUT INC., and CHICKEN OUT THE DOOR INC. |

Plaintiff(s)                    vs                    Defendant(s)

CIVIL ACTION NO. 1:15-cv-276-KBJ
WRIT OF ATTACHMENT ON JUDGMENT
OTHER THAN WAGES, SALARY AND COMMISSIONS

To SunTrust Bank (1090 Vermont Ave. NW, Washington, DC 20050)

(for account holder Chicken Out the Door Inc.)                    Garnishee:

You are hereby notified that any money, property or credits other than wages, salary and commissions of the above named defendant(s), are seized by the Writ of Attachment, and you are required to hold it and not to pay or surrender it to the defendant(s) or to anyone else without an order from this court.

The Judgement against the defendant was entered on July 22, 2016 in the amount of five thousand, six hundred twenty eight dollars ($ 5,628.00 ) and the costs amounting to $ $2,483.80 with interest at _____ % from July 22, 2016 less credits of $ 0 .

Within ten (10) days after this writ is served upon you, you are required to answer the interrogatories, **UNDER PENALTY OF PERJURY**, and to file in this Court the original and one copy of the answers, and to serve a copy, by mail or other means, upon the plaintiff(s) and upon the defendant(s). If you fail to do so, judgment may be entered against you for the entire amount of the plaintiff's claims with interest and costs.

Witness the Honorable Chief Judge of said Court, this 14th day of February, 2017 .

Angela D. Caesar, Clerk

By _____
          Deputy Clerk

Jamie L. Crook

Attorney for Plaintiff
Relman, Dane & Colfax PLLC

1225 19th Street NW, Suite 600

Washington, DC 20036; 202-728-1888

Address & Telephone Number

**INTERROGATORIES IN ATTACHMENT**

<u>**NOTICE**</u>

As a garnishee, you are required by law to file answers to the following Interrogatories in Attachment1 within ten (10) days after service of the writ upon you <u>[Title 16, Section 521 (a), D.C. Code 1981 ed.]</u>. If you fail to answer the Interrogatories, judgment may be entered against you for the entire amount of the plaintiff's claim and costs <u>[Title 16, Section 526(b), D.C. Code 1981 ed.]</u>.

   The garnishee is required to file the original and one copy of the answers in this Court, and to serve a copy upon the plaintiff(s) and defendant(s).

   If, within ten (10) days after service of the answers, the party at whose request the Attachment was issued does not contest the answers pursuant to <u>Title 15, Section 522, D.C. Code</u> (1981 ed.), the garnishee's obligations under the attachment shall be limited by the answers.

1.  Were you at the time of the service of the writ of attachment, or have you been between the time of such service and the filing of your answers to this interrogatory indebted to the defendant(s), and, if so, how, and in what amount?
   <u>ANSWER</u> _____

_____

_____

_____

2.  Had you at the time of the service of the writ of attachment, or have you had between the time of such service and the filing of your answer to this interrogatory, any goods, chattels, or credits of the defendant(s) in you possession or charge, and, if so, what?
   <u>ANSWER</u> _____

_____

_____

_____

   I declare under the penalties of perjury that the answers to the above interrogatories are, to the best of my knowledge and belief, true and correct as to every material matter.

Date: _____   _____

                       Garnishee

CO-901A
Rev. 4/10

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MARIA SERRANO
_____
Plaintiff(s)

vs

CHICKEN-OUT INC., and CHICKEN OUT THE DOOR INC.
_____
Defendant(s)

CIVIL ACTION NO. 1:15-cv-276-KBJ
_____
WRIT OF ATTACHMENT ON JUDGMENT
OTHER THAN WAGES, SALARY AND COMMISSIONS

To  SunTrust Bank (1090 Vermont Ave. NW, Washington, DC 20050)
_____

(for account holder Chicken-Out, Inc.)
_____    Garnishee:

    You are hereby notified that any money, property or credits other than wages, salary and commissions of the above named defendant(s), are seized by the Writ of Attachment, and you are required to hold it and not to pay or surrender it to the defendant(s) or to anyone else without an order from this court.

    The Judgement against the defendant was entered on  July 22, 2016 _____ in the amount of five thousand, six hundred twenty eight dollars ($ 5,628.00 _____ ) and the costs amounting to $

$2,483.80 _____ with interest at _____ % from

July 22, 2016 _____ less credits of $ 0 _____.

    Within ten (10) days after this writ is served upon you, you are required to answer the interrogatories, **UNDER PENALTY OF PERJURY**, and to file in this Court the original and one copy of the answers, and to serve a copy, by mail or other means, upon the plaintiff(s) and upon the defendant(s). If you fail to do so, judgment may be entered against you for the <u>entire amount of the plaintiff's claims with interest and costs.</u>

    Witness the Honorable Chief Judge of said Court, this ___ 14th ___ day of ___ February. ___
2017 ___.

Angela D. Caesar, Clerk

By _____
         Deputy Clerk

Jamie L. Crook
_____
Attorney for Plaintiff
Relman, Dane & Colfax PLLC

1225 19th Street NW, Suite 600
_____

Washington, DC 20036; 202-728-1888
_____
Address & Telephone Number

**INTERROGATORIES IN ATTACHMENT**

**NOTICE**

As a garnishee, you are required by law to file answers to the following Interrogatories in Attachment1 within ten (10) days after service of the writ upon you [Title 16, Section 521 (a), D.C. Code 1981 ed.]. If you fail to answer the Interrogatories, judgment may be entered against you for the entire amount of the plaintiff's claim and costs [Title 16, Section 526(b). D.C. Code 1981 ed.].

The garnishee is required to file the original and one copy of the answers in this Court, and to serve a copy upon the plaintiff(s) and defendant(s).

If, within ten (10) days after service of the answers, the party at whose request the Attachment was issued does not contest the answers pursuant to Title 15, Section 522, D.C. Code (1981 ed.), the garnishee's obligations under the attachment shall be limited by the answers.

1.    Were you at the time of the service of the writ of attachment, or have you been between the time of such service and the filing of your answers to this interrogatory indebted to the defendant(s), and, if so, how, and in what amount?

ANSWER _____

_____

_____

_____

2.    Had you at the time of the service of the writ of attachment, or have you had between the time of such service and the filing of your answer to this interrogatory, any goods, chattels, or credits of the defendant(s) in you possession or charge, and, if so, what?

ANSWER _____

_____

_____

_____

_____

I declare under the penalties of perjury that the answers to the above interrogatories are, to the best of my knowledge and belief, true and correct as to every material matter.

Date: _____        _____

                                                                        Garnishee

CO-901A
Rev. 4/10

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MARIA SERRANO

CHICKEN-OUT INC., and CHICKEN OUT THE DOOR INC.

_____
Plaintiff(s)                                    vs                    Defendant(s)

CIVIL ACTION NO. 1:15-cv-276-KBJ
WRIT OF ATTACHMENT ON JUDGMENT
OTHER THAN WAGES, SALARY AND COMMISSIONS

To  TD Bank (1090 Vermont Ave. NW, Washington, DC 20050)

(for account holder Chicken Out the Door Inc.)                    Garnishee:

　　　　You are hereby notified that any money, property or credits other than wages, salary and commissions of the above named defendant(s), are seized by the Writ of Attachment, and you are required to hold it and not to pay or surrender it to the defendant(s) or to anyone else without an order from this court.
　　　　The Judgement against the defendant was entered on July 22, 2016 in the amount of
five thousand, six hundred twenty eight dollars ($ 5,628.00 ) and the costs amounting to $
$2,483.80 with interest at _____ % from
July 22, 2016 less credits of $ 0 _____.

　　　　Within ten (10) days after this writ is served upon you, you are required to answer the interrogatories, **UNDER PENALTY OF PERJURY,** and to file in this Court the original and one copy of the answers, and to serve a copy, by mail or other means, upon the plaintiff(s) and upon the defendant(s). If you fail to do so, judgment may be entered against you for the entire amount of the plaintiff's claims with interest and costs.
　　　　Witness the Honorable Chief Judge of said Court, this 14th day of February, 2017.

Angela D. Caesar, Clerk

By _____
Deputy Clerk

Jamie L. Crook
_____
Attorney for Plaintiff
Relman, Dane & Colfax PLLC

1225 19th Street NW, Suite 600
_____

Washington, DC 20036; 202-728-1888
_____
Address & Telephone Number

**INTERROGATORIES IN ATTACHMENT**

<u>NOTICE</u>

As a garnishee, you are required by law to file answers to the following Interrogatories in Attachment1 within ten (10) days after service of the writ upon you [Title 16, Section 521 (a), D.C. Code 1981 ed.]. If you fail to answer the Interrogatories, judgment may be entered against you for the entire amount of the plaintiff's claim and costs [Title 16, Section 526(b), D.C. Code 1981 ed.].

     The garnishee is required to file the original and one copy of the answers in this Court, and to serve a copy upon the plaintiff(s) and defendant(s).

     If, within ten (10) days after service of the answers, the party at whose request the Attachment was issued does not contest the answers pursuant to Title 15, Section 522, D.C. Code (1981 ed.), the garnishee's obligations under the attachment shall be limited by the answers.

1.     Were you at the time of the service of the writ of attachment, or have you been between the time of such service and the filing of your answers to this interrogatory indebted to the defendant(s), and, if so, how, and in what amount?

     ANSWER _____

_____

_____

_____

2.     Had you at the time of the service of the writ of attachment, or have you had between the time of such service and the filing of your answer to this interrogatory, any goods, chattels, or credits of the defendant(s) in you possession or charge, and, if so, what?

     ANSWER _____

_____

_____

_____

     I declare under the penalties of perjury that the answers to the above interrogatories are, to the best of my knowledge and belief, true and correct as to every material matter.

Date: _____     _____

                                                      Garnishee

CO-901A
Rev. 4/10

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MARIA SERRANO

CHICKEN-OUT INC., and CHICKEN OUT THE DOOR INC.

Plaintiff(s)                    vs                    Defendant(s)

CIVIL ACTION NO. 1:15-cv-276-KBJ

WRIT OF ATTACHMENT ON JUDGMENT
OTHER THAN WAGES, SALARY AND COMMISSIONS

To TD Bank (1090 Vermont Ave. NW, Washington, DC 20050)

(for account holder Chicken-Out, Inc.)                                        Garnishee:

You are hereby notified that any money, property or credits other than wages, salary and commissions of the above named defendant(s), are seized by the Writ of Attachment, and you are required to hold it and not to pay or surrender it to the defendant(s) or to anyone else without an order from this court.

The Judgement against the defendant was entered on July 22, 2016 in the amount of five thousand, six hundred twenty eight dollars ($ 5,628.00 ) and the costs amounting to $ $2,483.80 with interest at _____ % from July 22, 2016 less credits of $ 0 .

Within ten (10) days after this writ is served upon you, you are required to answer the interrogatories, **UNDER PENALTY OF PERJURY,** and to file in this Court the original and one copy of the answers, and to serve a copy, by mail or other means, upon the plaintiff(s) and upon the defendant(s). If you fail to do so, judgment may be entered against you for the entire amount of the plaintiff's claims with interest and costs.

Witness the Honorable Chief Judge of said Court, this 14th day of February, 2017.

Angela D. Caesar, Clerk

By _____
Deputy Clerk

Jamie L. Crook

Attorney for Plaintiff
Relman, Dane & Colfax PLLC

1225 19th Street NW, Suite 600

Washington, DC 20036; 202-728-1888

Address & Telephone Number

**INTERROGATORIES IN ATTACHMENT**

**NOTICE**

As a garnishee, you are required by law to file answers to the following Interrogatories in Attachment1 within ten (10) days after service of the writ upon you [Title 16, Section 521 (a), D.C. Code 1981 ed.]. If you fail to answer the Interrogatories, judgment may be entered against you for the entire amount of the plaintiff's claim and costs [Title 16, Section 526(b), D.C. Code 1981 ed.].

      The garnishee is required to file the original and one copy of the answers in this Court, and to serve a copy upon the plaintiff(s) and defendant(s).

      If, within ten (10) days after service of the answers, the party at whose request the Attachment was issued does not contest the answers pursuant to Title 15, Section 522, D.C. Code (1981 ed.), the garnishee's obligations under the attachment shall be limited by the answers.

1.      Were you at the time of the service of the writ of attachment, or have you been between the time of such service and the filing of your answers to this interrogatory indebted to the defendant(s), and, if so, how, and in what amount?

      ANSWER _____

_____

_____

_____

_____

2.      Had you at the time of the service of the writ of attachment, or have you had between the time of such service and the filing of your answer to this interrogatory, any goods, chattels, or credits of the defendant(s) in you possession or charge, and, if so, what?

      ANSWER _____

_____

_____

_____

_____

      I declare under the penalties of perjury that the answers to the above interrogatories are, to the best of my knowledge and belief, true and correct as to every material matter.

Date: _____          _____

                                                Garnishee

CO-901A
Rev. 4/10

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MARIA SERRANO

CHICKEN-OUT INC., and CHICKEN OUT THE DOOR INC.

Plaintiff(s)                    VS                    Defendant(s)

CIVIL ACTION NO. 1:15-cv-276-KBJ

### WRIT OF ATTACHMENT ON JUDGMENT
### OTHER THAN WAGES, SALARY AND COMMISSIONS

To Wells Fargo Bank (1090 Vermont Ave. NW, Washington, DC 20050)

(for account holder Chicken Out the Door Inc.)

Garnishee:

You are hereby notified that any money, property or credits other than wages, salary and commissions of the above named defendant(s), are seized by the Writ of Attachment, and you are required to hold it and not to pay or surrender it to the defendant(s) or to anyone else without an order from this court.

The Judgement against the defendant was entered on July 22, 2016 _____ in the amount of five thousand, six hundred twenty eight dollars ($ 5,628.00 ) and the costs amounting to $ $2,483.80 _____ with interest at _____ % from July 22, 2016 _____ less credits of $ 0 _____

Within ten (10) days after this writ is served upon you, you are required to answer the interrogatories, **UNDER PENALTY OF PERJURY**, and to file in this Court the original and one copy of the answers, and to serve a copy, by mail or other means, upon the plaintiff(s) and upon the defendant(s). If you fail to do so, judgment may be entered against you for the entire amount of the plaintiff's claims with interest and costs.

Witness the Honorable Chief Judge of said Court, this 14th _____ day of February , 2017 .

Angela D. Caesar, Clerk

By _____
Deputy Clerk

Jamie L. Crook

Attorney for Plaintiff
Relman, Dane & Colfax PLLC

1225 19th Street NW, Suite 600

Washington, DC 20036; 202-728-1888

Address & Telephone Number

**INTERROGATORIES IN ATTACHMENT**

**NOTICE**

As a garnishee, you are required by law to file answers to the following Interrogatories in Attachment1 within ten (10) days after service of the writ upon you [Title 16. Section 521 (a), D.C. Code 1981 ed.]. If you fail to answer the Interrogatories, judgment may be entered against you for the entire amount of the plaintiff's claim and costs [Title 16. Section 526(b). D.C. Code 1981 ed.].

The garnishee is required to file the original and one copy of the answers in this Court, and to serve a copy upon the plaintiff(s) and defendant(s).

If, within ten (10) days after service of the answers, the party at whose request the Attachment was issued does not contest the answers pursuant to Title 15, Section 522. D.C. Code (1981 ed.), the garnishee's obligations under the attachment shall be limited by the answers.

1.      Were you at the time of the service of the writ of attachment, or have you been between the time of such service and the filing of your answers to this interrogatory indebted to the defendant(s), and, if so, how, and in what amount?
        ANSWER _____

_____

_____

_____

2.      Had you at the time of the service of the writ of attachment, or have you had between the time of such service and the filing of your answer to this interrogatory, any goods, chattels, or credits of the defendant(s) in you possession or charge, and, if so, what?
        ANSWER _____

_____

_____

_____

_____

I declare under the penalties of perjury that the answers to the above interrogatories are, to the best of my knowledge and belief, true and correct as to every material matter.

Date: _____        _____
                                                              Garnishee

CO-901A
Rev. 4/10

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MARIA SERRANO

CHICKEN-OUT INC., and CHICKEN OUT THE DOOR INC.

Plaintiff(s)                              vs                          Defendant(s)

CIVIL ACTION NO. 1:15-cv-276-KBJ

WRIT OF ATTACHMENT ON JUDGMENT
OTHER THAN WAGES, SALARY AND COMMISSIONS

To Wells Fargo Bank (1090 Vermont Ave. NW, Washington, DC 20050)

(for account holder Chicken-Out, Inc.)                                    Garnishee:

　　　　You are hereby notified that any money, property or credits other than wages, salary and commissions of the above named defendant(s), are seized by the Writ of Attachment, and you are required to hold it and not to pay or surrender it to the defendant(s) or to anyone else without an order from this court.

The Judgement against the defendant was entered on July 22, 2016 in the amount of

five thousand, six hundred twenty eight dollars ($ 5,628.00 ) and the costs amounting to $

$2,483.80 with interest at _____ % from

July 22, 2016 less credits of $ 0

　　　　Within ten (10) days after this writ is served upon you, you are required to answer the interrogatories, **UNDER PENALTY OF PERJURY,** and to file in this Court the original and one copy of the answers, and to serve a copy, by mail or other means, upon the plaintiff(s) and upon the defendant(s). If you fail to do so, judgment may be entered against you for the entire amount of the plaintiff's claims with interest and costs.

　　　　Witness the Honorable Chief Judge of said Court, this ___14th___ day of _February_, 2017 .

Angela D. Caesar, Clerk

By _____
Deputy Clerk

Jamie L. Crook

Attorney for Plaintiff
Relman, Dane & Colfax PLLC

1225 19th Street NW, Suite 600

Washington, DC 20036; 202-728-1888

Address & Telephone Number

**INTERROGATORIES IN ATTACHMENT**

**NOTICE**

As a garnishee, you are required by law to file answers to the following Interrogatories in Attachment1 within ten (10) days after service of the writ upon you [Title 16. Section 521 (a), D.C. Code 1981 ed.]. If you fail to answer the Interrogatories, judgment may be entered against you for the entire amount of the plaintiff's claim and costs [Title 16, Section 526(b). D.C. Code 1981 ed.].

The garnishee is required to file the original and one copy of the answers in this Court, and to serve a copy upon the plaintiff(s) and defendant(s).

If, within ten (10) days after service of the answers, the party at whose request the Attachment was issued does not contest the answers pursuant to Title 15, Section 522. D.C. Code (1981 ed.), the garnishee's obligations under the attachment shall be limited by the answers.

1.    Were you at the time of the service of the writ of attachment, or have you been between the time of such service and the filing of your answers to this interrogatory indebted to the defendant(s), and, if so, how, and in what amount?
        ANSWER _____

_____

_____

_____

_____

2.    Had you at the time of the service of the writ of attachment, or have you had between the time of such service and the filing of your answer to this interrogatory, any goods, chattels, or credits of the defendant(s) in you possession or charge, and, if so, what?
        ANSWER _____

_____

_____

_____

_____

I declare under the penalties of perjury that the answers to the above interrogatories are, to the best of my knowledge and belief, true and correct as to every material matter.

Date: _____        _____

                                                                        Garnishee