United States District Court For The District of Columbia
333 Constitution Avenue N.W.
Room 1225
Washington, DC 20001

## United States District Court For The District of Columbia

No. 1:15-cv-276-KBJ

Maria Serrano

v.

Chicken-Out Inc, Chicken Out the Door Inc

### TD Bank, N.A. Answer to Interrogatories

1. Were you at the time of the service of the writ of attachment, or have been between the time of such service and the filing of your answer to this interrogatory indebted to the defendant(s), and, if so, how and in what amount?

No.

2. Had you at the time of the service of the writ of attachment, or have you had between the time of such service and the filing of your answer to this interrogatory, any goods, chattels, or credits of the defendant(s) in your possession or charge, and, if so, what?

At the time of service of the writ of attachment and at all subsequent times, after an account review pursuant to 31 CFR Part 212, TD Bank, N.A. had in it's possession funds held in the name of the defendant in the amount of $0.00, after the assessment of a $125.00 processing fee, which may be subject to the writ of attachment.

I declare under the penalties of perjury that the answers to the above interrogatories are, to the best of my knowledge and belief, true and correct as to every material matter.

TD Bank, N.A.

By: Shawn Vassalluzzo,
Levy Associate

Sworn to before me
this 27th day of February 2017

_____
Notary Public

AMANDA QUINN
Notary Public
State of New Jersey
My Commission Expires Jul 31, 2018

United States District Court For The District of Columbia
333 Constitution Avenue N.W.
Room 1225
Washington, DC 20001

**United States District Court For The District of Columbia**

No. 1:15-cv-276-KBJ

Maria Serrano

v.

Chicken-Out Inc, Chicken Out the Door Inc

### TD Bank, N.A. Answer to Interrogatories

1. Were you at the time of the service of the writ of attachment, or have been between the time of such service and the filing of your answer to this interrogatory indebted to the defendant(s), and, if so, how and in what amount?

No.

2. Had you at the time of the service of the writ of attachment, or have you had between the time of such service and the filing of your answer to this interrogatory, any goods, chattels, or credits of the defendant(s) in your possession or charge, and, if so, what?

At the time of service of the writ of attachment and at all subsequent times, after an account review pursuant to 31 CFR Part 212, TD Bank, N.A. had in it's possession funds held in the name of the defendant in the amount of $0.00, after the assessment of a $125.00 processing fee, which may be subject to the writ of attachment.

I declare under the penalties of perjury that the answers to the above interrogatories are, to the best of my knowledge and belief, true and correct as to every material matter.

TD Bank, N.A.

By: Shawn Vassalluzzo,
Levy Associate

Sworn to before me
this 27th day of February 2017

*Amanda Quinn*
Notary Public

AMANDA QUINN
Notary Public
State of New Jersey
My Commission Expires Jul 31, 2018